IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ARISTA MUSIC, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 3:09-cv-0827 |
| | ) | Chief Judge Campbell |
| TIME WARNER, INC., et al., | ) | Magistrate Judge Knowles |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO TRANSFER
TO CENTRAL DISTRICT OF CALIFORNIA (28 U.S.C. § 1404(a))**

Defendants Time Warner, Inc.; Warner Bros. Entertainment Inc.; Warner Bros Television Distribution Inc.; Telepictures Productions Inc.; and WAD Productions Inc. ("Defendants"), through their counsel, hereby file this Motion to Transfer. Defendants seek transfer under 28 U.S.C. § 1404(a) because California is a better forum for the resolution of this dispute. Defendants' position is set out more fully in Defendants' Memorandum in Support and the Declarations of Jonathan Norman and Michael Schenk, which are filed contemporaneously herewith.

Respectfully submitted,

*/s/ Aton Arbisser*
Aton Arbisser
*Admitted Pro Hac Vice*
Kaye Scholer LLP
1999 Ave. of the Stars, Suite 1700
Los Angeles, CA 90067
aarbisser@kayescholer.com
Phone: (310) 788-1000
Fax: (310) 788-1200

*/s/ Stephen J. Zralek*
Stephen J. Zralek (BPR: 018971)
Bone McAllester Norton PLLC
511 Union St. Ste 1600
Nashville, TN 37219
Phone: (615) 238-6300
Fax: (615) 238-6301

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I certify that I served a copy of this document via ECF on November 25, 2009, on:

    Timothy L. Warnock, Esq.
    Tim Harvey, Esq.
    Riley Warnock & Jacobson, PLC
    1906 West End Avenue
    Nashville, Tennessee 37203
    *Counsel for Plaintiffs*

                                                    */s/ Stephen J. Zralek*