IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ARISTA MUSIC, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 3:09-cv-0827 |
| | ) JUDGE CAMPBELL |
| TIME WARNER, INC., et al., | ) MAGISTRATE JUDGE KNOWLES |
| | ) |
| Defendants. | ) |

## DECLARATION OF MICHAEL J. SCHENK IN SUPPORT OF DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF MOTION FOR A MORE DEFINITE STATEMENT (F.R.C.P. RULE 12(e))

I, Michael J. Schenk, declare as follows:

1. I am over 18 years of age. I am employed as a paralegal in the Los Angeles, California offices of Kaye Scholer LLP, counsel of record for the Defendants. I make this declaration in support of Defendants' FRCP 12(e) Motion for a More Definite Statement. I have personal knowledge of the facts set forth below and if called as a witness, I could and would testify as to those facts.

2. I have performed a search of the copyright registry for all the copyright registration numbers listed in Exhibit A to the Labels' First Amended Complaint. My search revealed that six of the Labels do not own a single recording listed in Exhibit A. These Labels are Big Beat Records, Inc., Caroline Records, Inc., EMI Christian Music Group, Inc. (d/b/a Sparrow Records and Forefront Records), Laface Records LLC, Rhino Entertainment Company, and Sire Records Company (d/b/a of WBR/SIRE Ventures, Inc.).

3. I have also performed a search of the copyright registry for all of the musical recordings listed in Exhibit B to the Labels' First Amended Complaint. My search revealed that there is a registered copyright for every single song listed in Exhibit B.

Executed this 24th day of December, 2009 at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                                    Michael J. Schenk

## CERTIFICATE OF SERVICE

I certify that I served a copy of this document via ECF on December 24, 2009, on:

Timothy L. Warnock, Esq.
Tim Harvey, Esq.
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, Tennessee 37203
*Counsel for Plaintiffs*

/s/ Aton Arbisser